[2 NE3d 921, 979 NYS2d 553]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARTIN HEIDGEN, Appellant.

Argued October 8, 2013; decided November 21, 2013

### APPEARANCES OF COUNSEL

*Jillian S. Harrington*, New York City, for appellant.

*Kathleen M. Rice, District Attorney*, Mineola (*Maureen McCormick, Tammy J. Smiley* and *Judith R. Sternberg* of counsel), for respondent.

### OPINION OF THE COURT

MEMORANDUM.

The order of the Appellate Division should be affirmed.

Defendant's argument that his *Alford* plea should not have been accepted because the record does not contain strong evidence of his actual guilt is unpreserved for our review as he has moved neither to withdraw his plea nor to vacate the judgment

of conviction (*see People v Louree*, 8 NY3d 541, 545 [2007]; *People v Lopez*, 71 NY2d 662, 665-666 [1988]).

Chief Judge L<small>IPPMAN</small> and Judges G<small>RAFFEO</small>, R<small>EAD</small>, S<small>MITH</small>, P<small>IGOTT</small>, R<small>IVERA</small> and A<small>BDUS</small>-S<small>ALAAM</small> concur.

Order affirmed, in a memorandum.